UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS,

*Plaintiff,*

v.                                                    Civil Action No. 18-1137 (TFH)

SONNY PERDUE, Secretary, U.S.
Department of Agriculture, et al.,

*Defendants*.

**DEFENDANTS' UNOPPOSED MOTION TO DISMISS
COUNT ONE OF PLAINTIFF'S COMPLAINT**

Defendants Sonny Perdue, Secretary of Agriculture, and the U.S. Department of

Agriculture ("USDA") respectfully move to dismiss Plaintiff People for the Ethical Treatment of

Animals' ("PETA") first cause of action regarding the license held by Terrill Al-Saihati, *i.e.*,

"Camel Farm," in Yuma, Arizona pursuant to Federal Rule of Civil Procedure 12(b)(1).  PETA

challenges the license renewal for Camel Farm as "arbitrary and capricious" under the

Administrative Procedure Act ("APA").  *See* 2d Am. Compl. (ECF No. 26) ¶¶ 63-90.  Due to

USDA's recent revocation of the Camel Farm license, this claim is now moot.

For courts to have jurisdiction over a matter under Article III of the U.S. Constitution,

"'an actual controversy must exist not only at the time the complaint is filed, but through all

stages of the litigation.'"  *Kingdomware Techs., Inc. v. United States*, 136 S. Ct. 1969, 1976

(2016) (quoting *Already, LLC v. Nike*, 568 U.S. 85, 89-90 (2013)).  In addition, a court will

dismiss a case as moot where events have transpired that prevent the court from granting the

plaintiff effective relief.  *Burlington N. R.R. Co., v. Surface Transp. Bd.*, 75 F.3d 685, 688 (D.C.

Cir. 1996).  Federal courts do not have jurisdiction "to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law which cannot affect the matter in issue in the case before it." *Church of Scientology v. United States*, 506 U.S. 9, 12 (1992) (citation omitted).  As the D.C. Circuit has recognized, "[c]orrective action by an agency is one type of subsequent development that can moot a previously justiciable issue." *Natural Res. Def. Council, Inc. v. Nuclear Regulatory Comm'n*, 680 F.2d 810, 814 (D.C. Cir. 1982).  Once the corrective action has been taken, the case becomes moot because a court "can hardly order [an agency] . . . to do something that it has already done." *Id.*

On August 27, 2020, USDA revoked the license for the Camel Farm facility as a result of the USDA's enforcement proceedings against that facility, which resulted in the revocation of that license.  *See* Exhibit A, Consent Decision and Order (attached hereto).  An exhibitor whose license has been revoked can never be licensed again.  9 C.F.R. § 2.10(b).  Thus, there is no further relief for the Court to provide regarding the Camel Farm license and PETA's challenge to Camel Farm's license renewal is now moot.  Accordingly, Defendants respectfully request that the Court grant Defendants' motion and dismiss Count One of the complaint against Camel Farm.  On August 27, 2020, undersigned counsel for Defendants' notified counsel for PETA of Camel Farm's revocation, and PETA responded that it does not oppose Defendants' motion to dismiss.

*     *     *

Dated September 4, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS,

*Plaintiff,*

v.                                                          Civil Action No. 18-1137 (TFH)

SONNY PERDUE, Secretary, U.S.
Department of Agriculture, et al.,

*Defendants*.

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to dismiss Plaintiff's First Cause of Action, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Plaintiff's First Cause of Action challenging the license renewal for Camel Farm is hereby DISMISSED.

SO ORDERED.

_____                    _____
Date                                                         THOMAS F. HOGAN
                                                                 United States District Judge

# EXHIBIT A

UNITED STATES DEPARTMENT OF AGRICULTURE

BEFORE THE SECRETARY OF AGRICULTURE

|  |  |  |
|---|---|---|
| In re: | ) | AWA Docket No. 20-0147 |
|  | ) |  |
| TERRILL AL-SAIHATI, an individual, | ) |  |
| doing business as THE CAMEL FARM, | ) |  |
|  | ) |  |
|  | ) | CONSENT DECISION |
|  | ) | AND ORDER |
| Respondent. | ) |  |

This proceeding was instituted under the Animal Welfare Act, as amended (7 U.S.C.

§ 2131 et seq.) (AWA or Act), by a complaint filed by the Administrator, Animal and Plant Health

Inspection Service (APHIS), United States Department of Agriculture (USDA), alleging that the

Respondent willfully violated the Act and the Regulations issued pursuant to the Act (9 C.F.R. §

1.1 et seq.). This decision is entered pursuant to the consent decision provisions of the Rules of

Practice applicable to this proceeding (7 C.F.R. § 1.138).

The Respondent Terrill Al-Saihati admits the findings of fact, as set forth herein, and

specifically admits that the Secretary has jurisdiction in this matter, neither admits nor denies the

remaining allegations, waives oral hearing and all further procedure, waives all rights to seek

judicial review and otherwise challenge or contest the validity of this decision, including waiving

challenges to the Administrative Law Judge's authority to enter this Consent Decision and Order

under the Administrative Procedure Act and the Constitution of the United States, and waives any

action against the USDA under the Equal Access to Justice Act of 1980 (5 U.S.C. § 504 et seq.)

for fees and other expenses incurred by the Respondent in connection with this proceeding or any

action against any USDA employee in their individual capacity.

The parties consent and agree for the purpose of settling this proceeding, to the entry of this decision.

## FINDINGS OF FACT

1.      The Respondent Terrill Al-Saihati is an individual doing business as The Camel Farm, whose address is in the State of Arizona.  The Respondent's address was not provided in the Complaint to protect the Respondent's personal privacy but was correctly and accurately provided to the Hearing Clerk, United States Department of Agriculture, for the purpose of service of this complaint and future documents.  At all times mentioned herein, the Respondent was an exhibitor, as that term is defined in the Act and the Regulations, and held AWA license number 86-C-0102.

## CONCLUSIONS OF LAW

The Respondent having admitted the findings of fact, as set forth herein, and the parties having agreed to the entry of this decision, such decision will be entered.

## ORDER

1.      The Respondent, her agents and employees, successor and assigns, directly or through any corporate or other device, shall cease and desist from violating the Act and the Regulations and Standards.

2.      AWA license number 86-C-0102 is hereby revoked.  The Respondent will not apply for any other AWA license thereafter.

3.      The Respondent is assessed a civil penalty of one hundred twenty-six thousand dollars ($126,000), which will be held in abeyance for two (2) years.  If at any time during the next two (2) years the Respondent violates the Act, the Regulations, and/or the Standards the one hundred twenty-six thousand dollars ($126,000) will be due and payable within ten (10) days of

receipt of written notice with copies of supporting documentation from the Complainant as to the

Respondent's violations.  The Respondent will then make payment, by certified check, money

order, or a valid personal check made payable to "USDA/APHIS".  The Respondent will send

payment to USDA, APHIS, Miscellaneous, P.O. Box 979043, St. Louis, MO 63197-9000.

      The provisions of this order shall become effective immediately. Copies of this decision

shall be served upon the parties.


By: *Terrill Al-Saihati*
Terrill Al-Saihati
The Respondent


By: *John V. Rodriguez*
John V. Rodriguez
Attorney for the Complainant


Done at Washington, D.C.,
this ___27th___ day of ___August___ 2020

By: *Channing Strother*
Channing D. Strother
Chief Administrative Law Judge



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

1. Article Addressed to:

Terrill Al-Saihati
d/b/a The Camel Farms
(PII)

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

Consent decision and order

20-J-0147

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 1389 5285 6320 37

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7012 3460 0003 3833 5990

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Terrill Al-Saihati
d/b/a The Camel Farms
(PII)

Postmark
Here

Sent To
Street, Apt No.;
or PO Box No.
City, State, ZIP+4

20-J-0147

PS Form 3800, August 2006          See Reverse for Instructions

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7012 3460 0003 3833 5990
7012 3460 0003 3833 5990

## <u>CERTIFICATE OF SERVICE</u>

<u>Terrill Al-Saihati, d/b/a The Camel Farm, Respondent</u>
Docket 20-J-0147

Having personal knowledge of the foregoing, I declare under penalty of perjury that the information herein is true and correct, and this is to certify that a copy of PROPOSED CONSENT DECISION AND ORDER AND CONSENT DECISION AND ORDER has been furnished and was served upon the following parties on August 27, 2020 by the following:

<u>USDA (OGC) - Electronic Mail</u>
John V. Rodriguez, OGC
<u>John.Rodriguez@usda.gov</u>
Donna Erwin, OGC
<u>Donna.Erwin@usda.gov</u>
Carla Wagner, OGC
<u>Carla.Wagner@usda.gov</u>

<u>USDA (APHIS) - Electronic Mail</u>
<u>Ac.rss.mailbox@usda.gov</u>
<u>IESLegals@usda.gov</u>

<u>Respondent – Electronic/Certified Mail</u>
Terrill Al-Saihati
d/b/a The Camel Farms
**(Due to Personally Identifiable Information
The Address has been Omitted) PII**
<u>Tlstandley@aol.com</u>

Respectfully Submitted,

*Kelly Brown*

Kelly Brown, Legal Assistant
USDA/Office of Administrative Law Judges
Hearing Clerk's Office, Rm. 1031-S
1400 Independence Ave., SW
Washington, DC 20250-9203