UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,**<br><br>                              **Plaintiff,**<br><br>           v.<br><br>**SONNY PERDUE**, in his official capacity as Secretary of the United States Department of Agriculture, et al.<br><br>                              **Defendants.** | **Civil Action No. 18-1137 (TFH)** |

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' joint Proposed Briefing Schedule [ECF No. 36], it is hereby **ORDERED** that this case shall proceed according to the following schedule unless otherwise ordered by the Court:

- November 30, 2020 - Plaintiff will file any Motion to Supplement/Compel the Administrative Record

    - December 14, 2020 - Defendants will file Opposition to that motion

    - December 21, 2020 - Plaintiff will file Reply in support of that motion

If no Motion to Supplement/Compel the Record is filed:

- December 28, 2020, Plaintiff will file Motion for Summary Judgment

    - January 27, 2021 - Defendants will file Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment

    - February 26, 2021 - Plaintiff will file Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment

- o March 12, 2021 - Defendants will file Reply in Support of Cross-Motion for Summary Judgment

- March 26, 2021 - The parties will file the appendix, as required by LCvR 7(n)(2).

<u>If a Motion to Supplement/Compel the Record is filed</u>:

- 10 days after the Court's decision on the Motion to Supplement/Compel, Defendants will produce any records as required by the order

- 90 days after the Court's decision on the Motion to Supplement/Compel, Plaintiff will file Motion for Summary Judgment

    - o 30 days later, Defendants will file Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment

    - o 30 days later, Plaintiff will file Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment

    - o 14 days later, Defendants will file Reply in Support of Cross-Motion for Summary Judgment

- 14 days after the Defendants Reply, the parties will file the appendix, as required by LCvR 7(n)(2).

The parties are directed to review and comply with the Local Civil Rules of this Court. Any request to extend or reschedule a due date shall be by motion after conferring with the opposing party.

**SO ORDERED.**

October 22, 2020

*Thomas F. Hogan*
_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE