UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,<br><br>*Plaintiff,*<br><br>v.<br><br>KEVIN SHEA,[1] Acting Secretary, U.S. Department of Agriculture, *et al.*,<br><br>*Defendants.* | Civil Action No. 18-1137 (TFH) |

**DEFENDANTS' UNOPPOSED MOTION TO DISMISS
COUNT FOUR OF PLAINTIFF'S COMPLAINT**

Defendants Kevin Shea, Acting Secretary of Agriculture, and the U.S. Department of Agriculture ("USDA") respectfully move to dismiss Plaintiff People for the Ethical Treatment of Animals' ("PETA") fourth cause of action regarding the license held by William Lee, *i.e.*, Laughing Valley Ranch in Idaho Springs, Colorado ("Laughing Valley"), pursuant to Federal Rule of Civil Procedure 12(b)(1). PETA challenges the license renewal for Laughing Valley as "arbitrary and capricious" under the Administrative Procedure Act ("APA"). *See* 2d Am. Compl. (ECF No. 26) ¶¶ 91-110. Due to USDA's recent termination of the Laughing Valley license, this claim is now moot.

For courts to have jurisdiction over a matter under Article III of the U.S. Constitution, "'an actual controversy must exist not only at the time the complaint is filed, but through all stages of the litigation.'" *Kingdomware Techs., Inc. v. United States*, 136 S. Ct. 1969, 1976

---

[1] The current Acting Secretary of Agriculture, Kevin Shea, is automatically substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d).

(2016) (quoting *Already, LLC v. Nike*, 568 U.S. 85, 89-90 (2013)).  In addition, a court will dismiss a case as moot where events have transpired that prevent the court from granting the plaintiff effective relief.  *Burlington N. R.R. Co., v. Surface Transp. Bd.*, 75 F.3d 685, 688 (D.C. Cir. 1996).  Federal courts do not have jurisdiction "to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law which cannot affect the matter in issue in the case before it."  *Church of Scientology v. United States*, 506 U.S. 9, 12 (1992) (citation omitted).  As the D.C. Circuit has recognized, "[c]orrective action by an agency is one type of subsequent development that can moot a previously justiciable issue."  *Natural Res. Def. Council, Inc. v. Nuclear Regulatory Comm'n*, 680 F.2d 810, 814 (D.C. Cir. 1982).  Once the corrective action has been taken, the case becomes moot because a court "can hardly order [an agency] . . . to do something that it has already done."  *Id.*

On December 17, 2020, USDA terminated the license for the Laughing Valley facility upon receipt of Laughing Valley's request to voluntarily terminate its license.  *See* Exhibit A, Certificate Termination Letter (attached hereto).  In light of this termination, there is no further relief for the Court to provide regarding the Laughing Valley license and PETA's challenge to Laughing Valley's license renewal is now moot.  Accordingly, Defendants respectfully request that the Court grant Defendants' motion and dismiss Count Four of the complaint against Laughing Valley.  On December 22, 2020, undersigned counsel for Defendants' notified counsel for PETA of Laughing Valley's termination, and PETA responded that it does not oppose Defendants' motion to dismiss.

\*   \*   \*

Dated January 27, 2021	Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,<br><br>*Plaintiff,*<br><br>v.<br><br>KEVIN SHEA, Acting Secretary, U.S. Department of Agriculture, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-1137 (TFH) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to dismiss Plaintiff's Fourth Cause of Action, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Plaintiff's Fourth Cause of Action challenging the license renewal for Laughing Valley is hereby DISMISSED.

SO ORDERED.

_____  _____
Date                                                                          THOMAS F. HOGAN
                                                                                         United States District Judge

# EXHIBIT A

USDA
United States Department of Agriculture

**Animal and Plant Health Inspection Service**

**Animal Care**

**Fort Collins Office**
**2150 Centre Avenue**
**Building B, 3W11**
**Fort Collins, CO 80526**
**Phone: 970-494-7478**

RE: CERTIFICATE TERMINATION
Certificate Number: 84-C-0088
Termination Date: 12/17/2020

Certified Mail Return Receipt Number: _____

12/17/2020
Customer ID Number: 6270

Mr. William Lee
Laughing Valley Ranch
225 Laughing Valley Ranch Rd.
Idaho Springs, CO 80452

Dear Mr. Lee,

Pursuant to your request to voluntarily terminate your license, your license to conduct activities regulated under the Animal Welfare Act (AWA) has been terminated, effective the date of this letter, which is indicated above.

Please be advised that you may no longer engage in any activities covered by the AWA without first obtaining a new license. If you are conducting regulated activities without a valid license, you will be considered in violation of the AWA. Should you desire to obtain a new license, please contact this office.

Contact this office at (970) 494-7478 if you have any questions regarding this letter or the Animal Welfare Act.

Sincerely,

*[signature: Robert Gibbens]*

Robert Gibbens, D. V. M.
Director, Animal Welfare Operations
USDA, APHIS, Animal Care