UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS,<br><br>*Plaintiff,*<br><br>v.<br><br>KEVIN SHEA, Acting Secretary, U.S. Department of Agriculture, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-1137 (TFH) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' cross-motion for summary judgment, Plaintiff's motion for summary judgment, and the entire record herein, it is hereby ORDERED that Defendants' motion is GRANTED and Plaintiff's motion is DENIED.

It is FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____  _____
Date                                             THOMAS F. HOGAN
                                                     United States District Judge